**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 6, 2004**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 03-50732
_____

DRESNER INVESTMENT SERVICES, INC.

Plaintiff-Appellee,

versus

AGILITY CAPITAL, INC. F/K/A
AUTOBOND ACCEPTANCE CORPORATION

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas

_____

Before BENAVIDES, STEWART, and DENNIS Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant, Agility Capital, Inc. ("Agility") appeals the decision of the district court

granting Plaintiff-Appellee, Dresner Investment Services, Inc.'s ("Dresner") motion for summary

judgment. The district court held that the language in a disputed financial advisor agreement

("Agreement") required Agility to pay Dresner a fee for its assistance in securing Agility a $20 million

equity line of credit ("Equity Line") at the time the Equity Line was secured rather than when Agility

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

actually drew funds from it.

The parties agree that the Agreement is unambiguous.  Based on our *de novo* review of the district court's summary judgment decision, the Agreement, and the applicable law, we affirm the district court's grant of summary judgment in favor of Dresner for essentially the reasons enunciated by the district court.   Fed. R. Civ. P. 56 (e); Little v. Liquid Air, Corp., 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc); Instone Travel Tech Marine & Offshore v. International Shipping Partners, Inc., 334 F.3d 423, 428 (5th Cir. 2003).

AFFIRMED.